700 So.2d 470 (1997)
George Anthony SCOTT, Appellant,
v.
STATE of Florida, Appellee.
No. 97-1786.
District Court of Appeal of Florida, First District.
October 23, 1997.
Nancy A. Daniels, Public Defender, and P. Douglas Brinkmeyer, Assistant Public Defender, Tallahassee, for Appellant.
Robert A. Butterworth, Attorney General, and Edward C. Hill, Jr., Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See White v. State, 689 So.2d 371 (Fla. 2d DCA 1997), review granted, 696 So.2d 343 (Fla.1997); Ramirez v. State, 677 So.2d 95 (Fla. 1st DCA 1996); State v. Davidson, 666 So.2d 941 (Fla. 2d DCA 1995); Gardner v. State, 661 So.2d 1274 (Fla. 5th DCA 1995).
We certify conflict with State v. Walton, 693 So.2d 135 (Fla. 4th DCA 1997), review granted, 698 So.2d 849 (Fla.1997), and Galloway v. State, 680 So.2d 616 (Fla. 4th DCA 1996).
MINER, ALLEN and WEBSTER, JJ., concur.